**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARWIN COLINAYO,<br><br>    Plaintiff(s),<br><br>       v.<br><br>MCKESSON MEDICAL-SURGICAL INC.,<br><br>    Defendant(s). | Case No.:  2:22-cv-01616 DJC KJN<br><br>**ORDER CONSOLIDATING CASES** |
| EDELMIRA MALDONADO,<br><br>    Plaintiff(s),<br><br>       v.<br><br>MCKESSON MEDICAL-SURGICAL INC.,<br><br>    Defendant(s). | Case No.:  2:23-cv-00430 DJC KJN |

In accordance with the stipulation of the parties, and good cause appearing, the Court makes the following orders:

1. Pursuant to Fed. R. Civ. P. 42, the actions denominated as Colinayo v McKesson Medical-Surgical Inc., Case No. 2:22-cv-01616 DJC-KJN, and Maldonado v. McKesson Medical-Surgical Inc., Case No. 2:23-cv-00430 DJC-KJN, are hereby

consolidated for purposes of briefing, scheduling, discovery, class certification, pretrial proceedings, trial, and any post-trial motions or proceedings.  Said actions shall be consolidated for purposes of judgment or appeal.

        2.     Case No. 2:22-cv-01616 DJC-KJN is designated as the "master file;"

        3.     The Clerk of the Court is DIRECTED to add all complaints and answers filed in Case No. 2:23-cv-00430 DJC-KJN, ECF No. 3 (Exhibits B and C), to the master file;

        4.     The Clerk of the Court is DIRECTED to administratively close Case No. 2:23-cv-00430 DJC-KJN; and

        5.     The parties are directed to file all future pleadings, motions and other filings ONLY in Case No. 2:22-cv-01616 DJC-KJN.

IT IS SO ORDERED.

Dated: November 3, 2023                  /s/ Daniel J. Calabretta
                                                              THE HONORABLE DANIEL J. CALABRETTA
                                                              UNITED STATES DISTRICT JUDGE